**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMMA MARYANN MARGARET LOVETT, | NO. EDCV 18-00338-MWF (E) |
| Petitioner, | |
| v. | |
| DARAL ADAMS, Warden, | JUDGMENT |
| Respondent. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 28, 2018.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE